UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 09-cr-00215-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. LEON CLINTON MICKLING, JR., a/k/a Leon Clinton Mickling,

    Defendant.

---

**ORDER**

---

    This matter is before the Court upon a review of the file.  To ensure that all pre-trial phases of the case are complete before the commencement of the jury trial, it is

    ORDERED that all pretrial motions shall be filed by **Wednesday, September 23, 2009,** and responses to these motions shall be filed by **Monday, October 5, 2009.**  It is

    FURTHER ORDERED that a 4-day jury trial is set for **<u>Tuesday</u>, October 13, 2009, at 9:00 a.m. in courtroom A-1002.**  It is

    FURTHER ORDERED that a the parties shall contact Chambers should a motions hearing or final trial preparation conference become necessary.

    Dated:  August 14, 2009

                                      BY THE COURT:

                                      s/ Wiley Y. Daniel
                                      Wiley Y. Daniel
                                      Chief United States District Judge