UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Criminal Case No. 09-cr-00215-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. LEON CLINTON MICKLING, JR., a/k/a Leon Clinton Mickling,

    Defendant.

## ORDER

THIS MATTER comes before me on the Colorado Department of Corrections' Motion to Quash Subpoena Duces Tecum in Part or, in the Alternative, Motion for Protective Order filed April 13, 2010 [d/e 57]. Although the Colorado Department of Corrections cites Federal Rule of Civil Procedure 45(c)(3)(A) in support of its motion, I will consider this motion as if it was filed pursuant to the Federal Rules of Criminal Procedure, specifically Rule 17(c)(2). Because I believe the Colorado Department of Corrections has satisfactorily demonstrated a security and confidentiality interest in AR 250-68RD, the subpoena issued by me on April 6, 2010 is modified to require the production of AR 250-68RD for an *in camera* review. Accordingly, it is

ORDERED that the Colorado Department of Corrections' Motion to Quash Subpoena Duces Tecum in Part or, in the Alternative, Motion for Protective Order filed April 13, 2010 [d/e 57] is **GRANTED IN PART** and **DENIED IN PART.** The motion is **GRANTED** to the extent that the April 6, 2010 Subpoena Duces Tecum is hereby modified pursuant

to FED. R. CRIM. P. 17(c)(2) to require the Colorado Department of Corrections to produce a copy of AR 250-68RD to the Court on or before May 20, 2010 for me to conduct an *in camera* review. The motion is **DENIED** in all other respects.

Dated: May 10, 2010

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
Chief United States District Judge