UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Criminal Case No. 09-cr-00215-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. LEON CLINTON MICKLING, JR., a/k/a Leon Clinton Mickling,

    Defendant.

## ORDER

THIS MATTER comes before the Court on Defendant's Motion for a Protective Order [ECF No. 116]. As set forth below, Defendant's motions is granted.

The Court issues the following protective order concerning the State of Colorado, Department of Corrections, Division of Adult Parole Administrative Regulation 250-68RD which is entitled "Supervision of Security Threat Group Offenders and the Community Parole Gang Unit." ("AR 250-68RD"). That on April 9, 2010, the Custodian of Records for the State of Colorado Department of Corrections, Division of Adult Parole was served with a subpoena duces tecum issued by this Court seeking a complete copy of any written policies, procedures, manuals, standard operating procedures, or directives maintained, issued by, or used by the State of Colorado, Department of Corrections, Division of Adult Parole, concerning the supervision of parolees and conducting parolee home visits including the current version of any internal field manual.

That on April 13, 2010, the Attorney General for the State of Colorado ("the State")

filed a motion to quash the subpoena duces tecum or, in the alternative, requested that this Court issue a protective order. In particular, the State sought to avoid production of AR 250-68RD or to have the Court issue a protective order concerning the production and use of AR 250-68RD in this case.

The Court ORDERS that Defendant's Motion for a Protective Order [ECF No. 116] is **GRANTED** [ECF No. 116] as follows:

> a. That the Custodian of Records for the State of Colorado Department of Corrections, Division of Adult Parole shall produce a full copy of AR 250-68RD directly to Mr. Mickling's defense counsel, Barrett Weisz, at a time and manner arranged by the parties.
>
> b. That AR 250-68RD may only be used in this litigation.
>
> c. That defense counsel may disclose AR 250-68RD to his agents only as necessary to effectively represent Mr. Mickling in this litigation.
>
> d. That defense counsel may not provide a copy of AR 250-68RD to Mr. Mickling.

Dated: October 8, 2010

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
Chief United States District Judge