UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Criminal Case No. 09-cr-00215-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. LEON CLINTON MICKLING, JR., a/k/a Leon Clinton Mickling,

    Defendant.

## MINUTE ORDER

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

    All currently pending motions will be considered during the 2-day hearing set for Monday, December 20, 2010 at 9:00 a.m. and Tuesday, December 21, 2010, at 9:30 a.m.

    Dated:  November 30, 2010