UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Criminal Case No. 09-cr-00215-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. LEON CLINTON MICKLING, JR., a/k/a Leon Clinton Mickling,

    Defendant.

## ORDER

After duly considering Defendant's Motion for a Protective Order [ECF No. 137], filed February 1, 2011 and the Government's Response thereto, Defendant Mickling's Motion is GRANTED. Accordingly, it is ordered as follows:

1. The State of Colorado Assistant Attorney General Paul Sanzo, based on his prior agreement to provide such information, shall produce the cellular telephone numbers for State of Colorado Parole Officers Timithi Boulton and Aaron White, directly to Mr. Mickling's defense counsel, Barrett Weisz, at a time and manner arranged by the parties.

2. The cellular telephone numbers for State of Colorado Parole Officers Timithi Boulton and Aaron White (hereinafter "the cellular numbers") may only be used in this litigation.

3. Defense counsel may disclose the cellular numbers to his agents as necessary to effectively represent Mr. Mickling in this litigation, to the Court, and its staff,

       and to the United States Marshal's service for purposes of serving any subpoena related to the cellular numbers, and Sprint/Nextel for purposes of compliance with any subpoena related to the cellular numbers.

4. Defense counsel shall not provide the cellular numbers to any other person, including Mr. Mickling.

Dated: February 11, 2011

                             BY THE COURT:

                             s/ Wiley Y. Daniel
                             Wiley Y. Daniel
                             Chief United States District Judge