IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 09-cr-00215-WYD-1

UNITED STATES OF AMERICA,

    Plaintiff,

v.

LEON CLINTON MICKLING, JR.,

    Defendant.

---

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on March 24, 2011.**

    Pending before the Court is the City and County of Denver's Motion to Quash Subpoena [filed March 22, 2011; docket #151]. The United States is instructed to respond to this motion at or before **4:00 p.m. MST, March 25, 2011**.