IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 09-cr-00215-WYD-1

UNITED STATES OF AMERICA,

    Plaintiff,

v.

LEON CLINTON MICKLING, JR.,

    Defendant.

## ORDER

**Michael E. Hegarty, United States Magistrate Judge.**

    Before the Court is the City and County of Denver's Motion to Quash Subpoena [filed March 22, 2011; docket #151]. The motion is referred to this Court for disposition. (Docket #152.) The matter is fully briefed, and oral argument would not assist the Court in its adjudication. For the reasons stated below, the Court **GRANTS IN PART and DENIES IN PART** the City and County of Denver's Motion to Quash Subpoena as follows.

    After review of the parties' briefing on this issue, the Court adopts the suggestions offered by the City and County of Denver, in light of the concessions stated by the United States in its response. Accordingly, the Court ORDERS: (1) that the United States' March 18, 2011 subpoena be limited to the production of any documents reflecting any substantiated charges of misconduct, such as untruthfulness or excessive force, located in Officer Anderson's Internal Affairs files; (2) that the Assistant United States Attorney (jointly with counsel for the City and County of Denver, if preferred and possible) conduct a preliminary review of the files to determine if any portion of the files be given to the defense as relevant to this criminal proceeding for impeachment purposes; and

(3) if the Assistant United States Attorney determines that one or more documents within Officer Anderson's files should be produced to the defense, that prior to any such production, a protective order be entered by the Court as outlined within the City and County of Denver's reply (docket #159 at 3), and the City and County of Denver be given the opportunity to redact any personally identifying information regarding Officer Anderson (such as his home address or telephone number, his social security number and/or matters related to medical treatment Officer Anderson may have received).

SO ORDERED.

Dated and entered at Denver, Colorado, this 28th day of March, 2011.

BY THE COURT:

*Michael E. Hegarty*

Michael E. Hegarty
United States Magistrate Judge