UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Criminal Case No. 09-cr-00215-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. LEON CLINTON MICKLING, JR., a/k/a Leon Clinton Mickling,

    Defendant.

## PROTECTIVE ORDER CONCERNING DEFENDANT'S STATEMENTS

Defendant's Unopposed Motion for Protective Order Concerning Defendant's Statements [ECF No. 176], filed July 14, 2011, is **GRANTED.**

Accordingly, the Court issues the following protective order concerning the statements of the Defendant:

1.    That pursuant to Fed. R. Evid. 410, if the Court rejects the Rule 11(c)(1)(c) plea agreement, the statements of the defendant made at the change of plea hearing, including his plea of guilty, as well as any statements the Defendant makes at the sentencing hearing prior to the time that the Court formally rejects the plea agreement, may not be used for any purpose at any subsequent trial in this matter.

2.    That pursuant to Fed. R. Evid. 410, if the Court rejects the Rule 11(c)(1)(c) plea agreement, any statements of the defendant made during a presentence report interview by the probation department may not be used for any purposes at any subsequent trial in this matter.

Dated: July 27, 2011

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
Chief United States District Judge