IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
CHIEF JUDGE WILEY Y. DANIEL

| | | | |
|---|---|---|---|
| Date: | September 19, 2011 | Probation: | Sergio Garza |
| Courtroom Deputy: | Robert R. Keech | Interpreter: | N/A |
| E.C.R./Reporter: | Tracy Weir | | |

Criminal Case No: **09-cr-00215-WYD**

Counsel:

UNITED STATES OF AMERICA,

Mark J. Barrett

      Plaintiff,

v.

**1. LEON CLINTON MICKLING, JR., a/k/a Leon Clinton Mickling**,

Barrett T. Weisz

      Defendant.

## SENTENCING

**10:04 a.m.**     Court in Session - Defendant present (in-custody)

               **Change of Plea Hearing - June 30, 2011, at 3:30 p.m.**
               **Plea of Guilty - count 2 of Indictment**

               APPEARANCES OF COUNSEL.

               Court's opening remarks.

10:05 a.m.     Statement on behalf of Government (Mr. Barrett).

10:06 a.m.     Statement on behalf of Defendant (Mr. Weisz).

10:07 a.m.     Statement by Defendant on his own behalf (Mr. Mickling).

**ORDERED:**     Government shall file a motion to dismiss counts and proposed order.

Court makes findings.

Court **RATIFIES** and **ACCEPTS** plea pursuant to Rule 11(c)(1)(C).

**ORDERED:** Defendant's Motion for Non-Guideline Sentence (ECF Doc. #181), filed August 24, 2011, is **GRANTED.**

**ORDERED:** Defendant be **imprisoned** for **180** months.

**ORDERED:** Upon release from imprisonment, defendant shall be placed on **supervised release** for a period of **3** years.

**ORDERED:** **Conditions** of **Supervised Release** are:

(X) Within 72 hours of release from the custody of the Bureau of Prisons, defendant shall report in person to the probation office in the district to which the defendant is released.

(X) Defendant shall not commit another federal, state or local crime.

(X) Defendant shall not possess a firearm as defined in 18 U.S.C. § 921.

(X) Defendant shall comply with standard conditions adopted by the Court.

(X) Defendant shall not unlawfully possess a controlled substance.

(X) The Defendant shall refrain from the unlawful use of a controlled substance and submit to one drug test within 15 days of release on supervised release and two periodic drug tests thereafter for use of a controlled substance.

(X) The defendant shall cooperate in the collection of D.N.A. as directed by the probation officer.

**ORDERED:** Defendant shall pay **$100.00** to **Crime Victim Fund** (Special Assessment) to be paid immediately.

**ORDERED:** **No fine** is imposed because defendant has no ability to pay a fine, cost of incarceration or supervision.

**ORDERED:** Defendant advised of right to appeal the sentence imposed by the Court. Any notice of appeal must be filed within fourteen (14) days. Defendant advised of right to appeal in forma pauperis.

**ORDERED:** Defendant is **REMANDED** to the custody of the U.S. Marshal.

**10:16 a.m.** Court in Recess - HEARING CONCLUDED

**TOTAL TIME:  :12**