IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.   09-cr-215-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

LEON CLINTON MICKLING, JR.,

    Defendant.
_____

### ORDER ON MOTIONS
_____

THIS MATTER is before the Court on Attorney Barrett Weisz's Second Motion to Confirm Appointment of CJA Counsel (ECF No. 204), filed on December 1, 2015, and his Request for Ruling on Second Motion to Confirm Appointment of CJA Counsel (ECF No. 205), filed on December 15, 2015.

On October 30, 2015, the Court issued an Order confirming the CJA appointment of Mr. Weisz for the purpose of post-conviction representation of the Defendant concerning issues raised by the U.S. Supreme Court decision in *Johnson v. United States*, 135 S.Ct. 2551 (2015).   A General Order was issued by Chief Judge Krieger on November 13, 2015, which states that the Office of the Federal Public Defender is appointed to represent defendants for federal habeas relief in light of the *Johnson* ruling.

Mr. Weisz requests that the Court issue a second order confirming his appointment as CJA counsel for the Defendant since the Krieger Order indicates that the Public Defender has been tasked to represent such defendants.   In the alternative, Mr. Weisz states that the Defendant requests the appointment of a Public Defender to his case.

The Defendant was previously represented by a Public Defender who subsequently moved the Court to withdraw as counsel on September 22, 2009, due to a complete breakdown in communications.  The Court granted the withdrawal and a CJA attorney was appointed on or around October 8, 2009.  That attorney moved the Court to withdraw as counsel on November 16, 2009, and that motion was granted. Subsequently, Mr. Weisz was appointed from the CJA panel.  The Defendant has expressed a desire that the Court assign Mr. Weisz to represent him in any new proceedings regarding issues raised by *Johnson*.  See ECF No. 199, p. 2.

Chief Judge Krieger's Order was not designed to nor does it preclude a defendant from having private counsel, and extending that reasoning it would not preclude a defendant from having prior CJA counsel appointed for matters arising under *Johnson*. The Order instead assures defendants that they will have some counsel, and it facilitates a structured and consistent disposition across defendants.  The appointment of Mr. Weisz as CJA counsel for Defendant in matters arising under *Johnson* is hereby **confirmed**.

This Order resolves both Mr. Weisz's motion to confirm appointment (ECF No. 204) and his request for a ruling on that motion (ECF No. 205).   Therefore, the motions (ECF Nos. 204 and 205) are **GRANTED** consistent with this Order.

Dated:   January 5, 2016.

BY THE COURT:

s/ Wiley Y. Daniel
WILEY Y. DANIEL,
SENIOR UNITED STATES DISTRICT JUDGE
