IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.   09-cr-0215-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

LEON CLINTON MICKLING, JR.,

    Defendant.
_____

**ORDER**
_____

THIS MATTER is before the Court on Defendant's Supplemental Request for Services (ECF No. 210), filed on February 21, 2016.

Defendant, through his counsel, Barrett Weisz, a CJA Panel attorney, has filed a second request for authorization to compensate counsel who is not a partner or associate of Mr. Weisz for future work on this matter.   Mr. Weisz requests that attorney Luke McConnell be compensated at the paralegal rate of $65.00 per hour so that he may assist Mr. Weisz in this matter on legal research and writing.

Mr. Weisz again cites to the Guide to Judiciary Policy, Vol. 7 Defender Services, Part A-Guidelines for Administering the CJA and Related Statutes, Section 230.53.10, which states:

> (a) Unless separately appointed in accordance with § 230.53.20(b) or Guide, Vol 7A, § 620.10, co-counsel or associate attorneys may not be compensated under the CJA.
>
> (b) However, an appointed counsel may claim compensation for services furnished by a partner or associate or, with prior authorization by the

court, counsel who is not a partner or associate, within the maximum compensation allowed by the CJA, separately identifying the provider of each service.

This provision of the guidelines pertains to the appointment of **co-counsel**. Based on the filing, this is not a request for co-counsel, but instead a request for a service provider to perform legal research and writing services for the CJA attorney. Accordingly, Mr. Weisz cannot rely on this provision to request the appointment of a service provider who is not his co-counsel in this matter.   The Court notes that the provisions of the Guidelines pertaining to service providers are located in Chapter 3.

Based on the foregoing, Defendant's Request for Services is hereby **DENIED**.

Dated:   March 9, 2016.

BY THE COURT:

s/ Wiley Y. Daniel
WILEY Y. DANIEL,
SENIOR UNITED STATES DISTRICT JUDGE